THE SUPREME COUNCIL OF THE ROYAL ARCANUM, appellant,

*v.*

SUSAN E. BRITTON, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Britton* v. *Royal Arcanum, 1 Dick. Ch. Rep. 102.*

*Mr. Wm. Brinkerhoff*, for the appellant.

*Mr. Charles H. Voorhis*, for the respondent.

PER CURIAM.

This decree is affirmed, for the reasons given by the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, MAGIE, REED, VAN SYCKEL, BROWN, COLE, SMITH, WHITAKER—10.

*For reversal*—None.